# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRUCE BAIR, KRISTINE BAIR, JOHN YOUNG, and PAULA YOUNG, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION |
| v. | ) NO: 1:15-CV-00783-ELR |
| V2V HOLDINGS, LLC, VERTRUE, LLC, ADAPTIVE MARKETING, LLC, and VELO ACU, LLC, | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Bruce Bair, Kristine Bair, John Young, and Paula Young file this Notice of Voluntary Dismissal with Prejudice. This action is hereby dismissed with prejudice. Each party will bear their own respective costs.

DATED this 22nd day of April, 2015.

        Respectfully submitted,

        BY:  WEBB KLASE & LEMOND, LLC

        */s/ E. Adam Webb*
        E. Adam Webb
         Georgia Bar No. 743910

        1900 The Exchange, S.E.
        Suite 480
        Atlanta, Georgia 30339
        (770) 444-0773
        (770) 217-9950 (fax)
        Adam@WebbLLC.com

        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

> Robert L. Rothman, Esq.
> Edward A. Marshall, Esq.
> ARNALL GOLDEN GREGORY, LLP
> 171 17th Street, NW
> Suite 2100
> Atlanta, Georgia 30363
>
> William B. Berndt, Esq.
> SCHOPF &WEISS LLP
> One South Wacker Drive, 28th Floor
> Chicago, IL 60606

DATED this 22nd day of April, 2015.

                                              _s/ E. Adam Webb_
                                              E. Adam Webb